UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JUDITH RAULERSON,**

    Plaintiff,

v.                                      CASE NO. 3:25-cv-153-HES-MCR

**FINANCIAL SOLUTIONS GROUP, LLC,
AND STEVEN LOVERN, ET AL.,**

    Defendants.

_____/

**ORDER**

This matter is before this Court on a "Notice of Resolution" (Dkt. 7) that explains the parties have resolved the claims in this case.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this _8th_ day of April 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Robert W. Murphy, Esq.