UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUDITH RAULERSON,

    Plaintiff,

v.                         CASE NO. 3:25-cv-153-HES-MCR

FINANCIAL SOLUTIONS GROUP, LLC,
AND STEVEN LOVERN, ET AL.,

    Defendant.
_____/

## ORDER

This matter is before this Court on a "Notice of Voluntary Dismissal with Prejudice" (Dkt. 10).

Accordingly, it is **ORDERED**:

1. Based on Federal Rule of Civil Procedure 41(a)(1), the "Notice of Voluntary Dismissal with Prejudice" (Dkt. 10) is **GRANTED**, and this action is **dismissed with prejudice**; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ of May 2025.

                                            HARVEY E. SCHLESINGER
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Robert W. Murphy, Esq.